STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. LOUIS QUATRO, DEFENDANT-APPELLANT.

Submitted April 18, 1955—Decided April 25, 1955.

*Mr. Louis Quatro, in propria persona.*

*Mr. Charles V. Webb* and *Mr. C. William Caruso* for the respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Goldmann in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*For reversal*—None.